

Edward Y. Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Ekroub@mizrahikroub.com
www.mizrahikroub.com

May 18, 2022

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Sanchez v. BTO America Limited;* Case No. 1:22-cv-02419-LGS

Dear Judge Schofield:

We represent plaintiff Cristian Sanchez ("Plaintiff") in the above-referenced action. We submit this letter to respectfully request an adjournment of the initial conference set for May 25, 2022, at 4:30 p.m. The parties request this adjournment since Defendant's answer was due on May 2, 2022, and they have yet to appear or contact Plaintiff. Plaintiff requests 30 days to obtain a certificate of Default as to Defendant, *BTO America Limited,* and to file an Order to Show Cause for Default Judgment in accordance with the Court's individual rules. This is Plaintiff's first request for such extension.

Thank you for your consideration in this matter.

Respectfully submitted,
*/s/ Edward Y. Kroub*
EDWARD Y. KROUB

cc: All Counsel of Record (via ECF)

The application is **GRANTED**. The initial pretrial conference scheduled for May 25, 2022, is **adjourned sine die**. By **June 17, 2022**, Plaintiff shall move for default pursuant to Attachment A of the Court's Individual Rules. The Clerk of Court is respectfully directed to close the motion at Docket No. 8.

Dated: May 18, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE