```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
CRISTIAN SANCHEZ,                             :
                            Plaintiff,        :
                                              :    22 Civ. 2419 (LGS)
            -against-                         :
                                              :    ORDER
BTO AMERICA LIMITED,                          :
                            Defendant.        :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial pretrial conference in this action was scheduled for May 25, 2022, at 4:30 p.m.

WHEREAS, Defendant has not appeared in this action.

WHEREAS, by Order dated May 18, 2022, the initial pretrial conference scheduled for May 25, 2022, was adjourned sine die, and Plaintiff was directed to move for default against Defendant by June 17, 2022.

WHEREAS, on May 23, 2022, the Court received an *ex parte* communication, which is attached to this Order, from Defendant's secretary, requesting an adjournment of the initial pretrial conference because Defendant's owner is currently overseas.

WHEREAS, a corporation, which is an artificial entity, may only appear in federal court through a licensed attorney. *City of New York v. Mickalis Pawn Shop, LLC*, 645 F.3d 114, 129 (2d Cir. 2011). It is hereby

**ORDERED** that by **June 17, 2022**, Defendant shall appear through counsel, or a default judgment may be entered against it. It is further

**ORDERED** that by **May 27, 2022**, Plaintiff shall serve a copy of this Order on Defendant via email.

Dated: May 25, 2022
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**From:** Olivia A <olivia@kingsbottle.com>
**Sent:** Monday, May 23, 2022 11:32 AM
**To:** Schofield NYSD Chambers <Schofield_NYSDChambers@nysd.uscourts.gov>
**Subject:** 22-cv-2419, Cristian Sanchez v. BTO America Limited, Request of extension of Time

**CAUTION - EXTERNAL:**

Dear Judge Schofield,

My name is Olivia Aniano, I am the secretary of defendant BTO America Limited.

I am writing you this email to request an extension of time in this case due to the owner of the company currently living overseas, he can't come to the United States to join the conference call held on May, 25, 2022 due to the COVID circumstances happening in his country.

I would appreciate your consideration of this matter.

Respectfully submitted,

Olivia Aniano


--

Best Regards
Olivia
https://kingsbottle.com
KingsBottle - Cooler for a King

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.