LAW OFFICES OF MITCHELL S. SEGAL, P.C.

<table>
<tr><td>1010 NORTHERN BOULEVARD<br>SUITE 208<br>GREAT NECK, NEW YORK 11021<br>Ph: (516) 415-0100<br>Fx:  (516) 706-6631</td><td>N.Y.C. Office<br>137 Fifth Avenue, 9th Floor<br>New York, N.Y. 10010<br>Ph: (212) 388-9444</td></tr>
</table>

<u>Via ECF Filing</u>
Honorable Lorna G. Schofield
U.S. District Court – SDNY
500 Pearl Street
New York, New York 10007

August 19, 2022

Re:  <u>Cristian Sanchez v. BTO America Limited</u>
     <u>Case No.:  1:22-cv-02419-LGS</u>

**Application GRANTED.  By August 26, 2022, Defendant shall file a letter with a joint proposed briefing schedule.  The Clerk of Court is respectfully directed to close the motion at Docket No. 22.**

**Dated: August 22, 2022**
**New York, New York**

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dear Judge Lorna G. Schofield:

Pursuant to your Honor's Order dated July 27, 2022, the Defendant BTO America Limited still intends to file a motion to dismiss the above referenced action pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).

I reached out to Plaintiff's counsel today but was unsuccessful in communicating with counsel.

As such, I request a 5 day extension to present to this Court a proposed joint briefing schedule after I confer with Plaintiff's counsel.

I thank this honorable Court for its review of this response.

Respectfully submitted,

/s/ Mitchell Segal
_____
Mitchell Segal

By ECF
Cc:  All counsel of record