**LAW OFFICES OF MITCHELL S. SEGAL, P.C.**

| | |
|---|---|
| 1010 NORTHERN BOULEVARD | N.Y.C. Office |
| SUITE 208 | 137 Fifth Avenue, 9th Floor |
| GREAT NECK, NEW YORK 11021 | New York, N.Y. 10010 |
| Ph: (516) 415-0100 | Ph: (212) 388-9444 |
| Fx: (516) 706-6631 | |

<u>Via ECF Filing</u>

October 17, 2022

Honorable Lorna G. Schofield
U.S. District Court – SDNY
500 Pearl Street
New York, New York 10007

Re: <u>Cristian Sanchez v. BTO America Limited</u>
<u>Case No.: 1:22-cv-02419-LGS</u>

Dear Judge Lorna G. Shofield:

    First and foremost, I apologize to this honorable Court for this late notice. Pursuant to your Honor's Order dated September 19, 2022, the Defendant was required to file its motion to dismiss the Plaintiff's complaint yesterday, October 16, 2022. I still have been unsuccessful in communicating with my client. Emails sent September 5, 2022, September 7, 2022, September 9, 2022 and October 8, 2022 have all gone unanswered in addition to several phone messages left for the principal of the Defendant to return my call. I once again request this Court to extend my time to file the motion or settle this matter for an additional two weeks. I cannot diligently represent my client if there is no communication.

    I will contact Plaintiff's counsel this morning and notify the Court on his consent to this extension request. I thank this honorable Court for its review of this response.

Respectfully submitted,

/s/ Mitchell Segal
_____
Mitchell Segal

By ECF
Cc: All counsel of record

---

**Application DENIED.** Defendant's counsel shall make every effort to communicate with Defendant and shall, by **October 25, 2022**, file a letter confirming whether Defendant intends to continue defending this action. A new briefing schedule will issue then, if appropriate.

If Defendant does not respond, or if Defendant does not intend to defend this action, Plaintiff shall move for default against Defendant pursuant to Attachment A of the Court's Individual Rules, by **November 8, 2022**. So Ordered.

Dated: October 18, 2022
New York, New York

/s/ Lorna G. Schofield
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE